**Angel GARCIA–MAYORAL, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–70111.

Agency No. A93–191–226.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Jan. 8, 2004.

Angel Garcia–Mayoral, Law Offices of Eric E. Castelblanco, Los Angeles, CA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Los Angeles District Counsel, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Terri J. Scadron, Robbin K. Blaya, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before GOODWIN, WALLACE and TROTT, Circuit Judges.

MEMORANDUM**

Angel Garcia–Mayoral, a native and citizen of Mexico, petitions pro se for review of the order of the Board of Immigration Appeals affirming, without opinion, the immigration judge's denial of his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo, *Khourassany v. INS,* 208 F.3d 1096, 1101 (9th Cir.2000), and deny the petition for review.

The immigration judge correctly determined that Garcia–Mayoral was statutorily ineligible for cancellation of removal because he admitted that he smuggled his son into the United States in 1999 and therefore could not establish the good moral character required under 8 U.S.C. § 1229b(b)(1)(B). *See* 8 U.S.C. §§ 1101(f)(3) and 1182(a)(6)(E)(i); *Khourassany,* 208 F.3d at 1101. Moreover, Garcia–Mayoral did not qualify under any exceptions or waivers to the alien smuggler provision. *See* 8 U.S.C. §§ 1182(a)(6)(E)(ii) and 1182(d)(11).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.